UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Michael Koumjian

                                     Plaintiff,

v.                                                        Case No.: 1:21−cv−03455
                                                                      Honorable Lindsay C. Jenkins

Mudd Law Offices P.C., et al.

                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 19, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins:Status hearing held. Defendants' motion to set expert discovery deadline [89] is granted in part. Expert disclosures by either party shall be exchanged by December 21, 2023. Defendants'; motion for reconsideration as to summary judgment [90] is entered and continued. Plaintiff shall respond as stated in open court by November 2, 2023. Defendant shall reply by November 9, 2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.